I'm UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHERYL BRANSTETTER, an individual

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 2:14-cv-63-FtM-38DNF

NORTH FORT MYERS FACILITY
OPERATIONS, LLC,

    Defendant.
_____/

**ORDER**[1]

This matter comes before the Court on Plaintiff's Motion to Stay Proceeding Pending Improvement of Plaintiff's Medical Status (Doc. #30) filed on August 19, 2014. Although given the opportunity, Defendant has not filed a response in opposition and the time to do so has now expired. This matter is now ripe for review.

Plaintiff requests staying this case pending improvement of her medical status. Plaintiff underwent surgery, has been diagnosed with cancer, and will require extensive medical treatment. Plaintiff asserts she is heavily medicated and not lucid. Pursuant to the Court's discretionary stay powers, the Court finds good cause to stay this matter pending the improvement of plaintiff's medical status. See generally Chrysler Intern. Corp. v. Chemaly, 280 F. 3d 1358, 1360 (11th Cir. 2002) (explaining district courts have broad discretion to manage their cases).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Stay Proceeding Pending Improvement of Plaintiff's Medical Status ([Doc. #30](Doc. #30)) is **GRANTED**. This matter is **STAYED** until further Court order. Plaintiff shall file a written status report on the docket regarding her health and as to whether the stay should continue every thirty (30) days from the date of this Order; failure to comply with this directive may result in this matter being dismissed. The Clerk is directed to add a stay flag on the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of September, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record